JENNY C TEAGUE LAW OFFICE
PO BOX 886
CRANDALL TX 75114


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


In Re:                                              Case No. 02-32368-HCA-13
       ANNIE CHRISTINE Z. WALKER
              Debtor(s)


## ORDER ON DEBTOR'S OBJECTION TO CLAIMS


At Dallas in said District:


     On this day came on for hearing the Debtor's Objections to Claims," ("Objection")
dated January 6, 2003   , and any responses filed thereto.  The following parties
appeared:  Debtor(s), the Standing Chapter 13 Trustee, and _____

_____

_____

_____

_____

After considering the pleadings, the evidence and stipulations, if any, and the
argument of counsel, the Court finds that the following order should be entered:


     **IT IS THEREFORE ORDERED** that all claims listed in Paragraph I. of the Objection
(No Proof of Claim Filed) are hereby **DISALLOWED** except for the following, if any,
which are **ALLOWED**:


_____

_____

_____

_____

Order on Debtor Objections to Claims Page 2 of 2
02-32368-HCA-13
ANNIE CHRISTINE Z. WALKER


      **IT IS FURTHER ORDERED** that all claims shown in Section II of the Objection (Specific Objections) are hereby **ALLOWED** or **DISALLOWED** as shown therein at Column 3 except as follows:

| 1<br>CREDITOR NAME | 2<br>CLAIM AMOUNT | 3<br>ALLOWED/DISALLOW | 4<br>AMOUNT | 5<br>CLASS |
|---|---|---|---|---|
| _____ | $_____ | _____ | $_____ | _____ |
| _____ | $_____ | _____ | $_____ | _____ |
| _____ | $_____ | _____ | $_____ | _____ |
| _____ | $_____ | _____ | $_____ | _____ |
| _____ | $_____ | _____ | $_____ | _____ |
| _____ | $_____ | _____ | $_____ | _____ |


Approved by:    /s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee/ State Bar #16218700



/s/ Harold C. Abramson
_____
**United States Bankruptcy Judge**

**Dated: March 17, 2003**