IN RE: **Annie Christine Walker, M.D.**
Debtor

CASE NO **02-32368-HCA-13**
(If Known)

Joint Debtor

CHAPTER **13**

*AMENDED 2/4/04*

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx-x9-114**<br>**Cathy V. Hickman-Martin**<br>**co Kenneth J. Ferguson**<br>**P.O. Box 1148**<br>**Austin, TX 78767** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx-x9-114**<br>**Kenneth J. Ferguson**<br>**P.O. Box 1148**<br>**Austin, TX 78767** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney at Law**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx-x9-114**<br>**Linda Stephens**<br>**co Kenneth J. Ferguson**<br>**P.O. Box 1148**<br>**Austin, TX 78767** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx-x9-114**<br>**Mary I. Krumnow**<br>**co Kenneth J. Ferguson**<br>**P.O. Box 1148**<br>**Austin, TX 78767** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx-x9-114**<br>**Paula M. Gilbert**<br>**co Kenneth J. Ferguson**<br>**P.O. Box 1148**<br>**Austin, TX 78767** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |

_____**No**_____ continuation sheets attached

**Total for this Page (Subtotal) >**     **$0.00**
**Running Total >**     **$0.00**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Annie Christine Walker, M.D.**                                              CASE NO    **02-32368-HCA-13**

               *Debtor(s)*                                                                                                 CHAPTER     **13**

*AMENDED 2/4/04*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____          Signature  **/s/ Annie Christine Walker, M.D.**
                                                                             *Annie Christine Walker, M.D.*

Date _____          Signature _____

                                                              **/s/ Jenny C. Teague**
                                                            *Jenny C. Teague*
                                                           *24002066*
                                                           *Law Office of Jenny C. Teague*
                                                           *P.O. Box 886*
                                                           *Crandall, TX  75114*
                                                           *(972) 427-8888*

Cathy V. Hickman-Martin
xx-x9-114
co Kenneth J. Ferguson
P.O. Box 1148
Austin, TX  78767

Kenneth J. Ferguson
xx-x9-114
P.O. Box 1148
Austin, TX  78767


Linda Stephens
xx-x9-114
co Kenneth J. Ferguson
P.O. Box 1148
Austin, TX  78767

Mary l. Krumnow
xx-x9-114
co Kenneth J. Ferguson
P.O. Box 1148
Austin, TX  78767

Paula M. Gilbert
xx-x9-114
co Kenneth J. Ferguson
P.O. Box 1148
Austin, TX  78767