TRUSTEE NON-ELECTRONIC

WALKERTX1646

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

——————————————————————X

In re:
  CHRISTINE WALKER

In Proceedings for a Repayment Plan Under Chapter 13

PO BOX 1469
FORNEY, TX 75126
    Debtor(s)

Case No      : 3-02-32368-HCA-13
Tee Clm No:  Crt Clm No:3
Amount       : $ 3516.75

### JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

   Discover Bank (the "Seller/Transferor/Assignor") and eCAST Settlement Corporation (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated August 01, 2003 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

   Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

The original Proof of Claim may have been filed under the following name(s):
DISCOVER CARD, BRAVO, PRIVATE ISSUE, GREENWOOD TRUST CO., NOVUS SERVICES, INC., DISCOVER FINANCIAL SERVICES

Dated: 04/13/2004

SELLER/ASSIGNOR/TRANSFEROR:
Discover Bank
Attn: Bankruptcy Department
3311 Mill Meadow Drive
Hilliard, OH 43026

Telephone: 800-347-5515

By: (See Attached Waiver)

PURCHASER/ASSIGNEE/TRANSFEREE:
eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

Telephone: 610-644-7800    (Servicer)
Telecopy:  610-993-8493    (Servicer)

By: /s/Alane A. Becket
    Becket & Lee LLP,
    Attorney/Agent for Creditor

(01) ************9879   DWD30091
     ************9879

## WAIVER OF TRANSFER OF CLAIM

### Waiver of Notice of Transfer of Claim

Discover Bank ("Transferor") is a corporation, organized under the laws of the State of Delaware. Transferor has sold consumer credit accounts (the "Accounts") to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 245 Park Avenue New York, New York. The obligors under the Accounts have filed petitions commencing cases under the U.S. Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names: Discover Bank, Greenwood Trust Company, Discover Financial Services, Inc., NOVUS Services, Inc. or NOVUS Credit Services Inc.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this _21_ day of _MAY_, 2001.

Discover Bank, Transferor

By: _____
Title: _VP_