CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FWY
SUITE 1100
IRVING, TEXAS 75062
(214) 855-9200

```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       DALLAS DIVISION

IN RE:                          (      CASE NO. 02-32368
                                (
ANNIE CHRISTINE Z. WALKER        (      JUDGE:  BARBARA J. HOUSER
P O  BOX 1469                   (
FORNEY TX 75126                 (      CHAPTER 13
                                (
                                (      DATE: 07/12/2007
a/k/a                           (
          DEBTOR(S)             (
                                (
                                (
                                (
```

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Powers, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

|   |   | Percent Paid | Total Paid (P&I) |
|---|---|---|---|
| Debtor Discharged: | 04/17/2007 | Secured:    55.21 % | $ 31,167.44 |
| Case Filed: | 03/18/2002 | Priority:  100.00 % | $  3,148.21 |
| Plan Confirmed: | 03/14/2003 | *Unsecured: 100.00 % | $ 32,187.77 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

ANNIE CHRISTINE Z. WALKER, 02-32368

The case was COMPLETED.

**TOTAL RECEIPTS by Trustee:** $ 78,394.00

**ADMINISTRATIVE EXPENSES PAID:**

Debtor Attorney Fee Paid By Trustee To JENNY C PARKS LAW OFFICE: $ 1,250.00

Trustee's Fee & Expenses Paid Pre-Confirmation: $ 942.96

Trustee's Fee & Expenses Paid Post-Confirmation: $ 5,068.77

Noticing Fee Paid: $ 49.80

Clerk's Fee Paid: $ .00

TOTAL ADMINISTRATIVE EXPENSES PAID: $ 7,311.53

**REFUNDS PAID TO DEBTOR(S):** $ 4,579.05

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name Account Number | Comment | Claim Amt. Treatment | Principal Paid | Interest Paid |
|---|---|---|---|---|
| **SECURED:** | | | | |
| AMERICAN NATIONAL BANK OF TX | HOMESTEAD | Direct | .00 | .00 |
| CITY BANK TEXAS, FORNEY 53371019 | 99 LINCOLN TOWN CAR | 17,500.00 | 17,500.00 | 688.21 |
| KAUFMAN COUNTY PM000003000 | RL PRP/ORD ALL/PD IN | Pymt Stop | 5,360.25 | 3,310.53 |
| KAUFMAN COUNTY S2370001600 | REAL PROP/PD IN FULL | Pymt Stop | 2,663.46 | 1,644.99 |
| **PRIORITY:** | | | | |
| INTERNAL REVENUE SERVICE | TAXES/ADQ PROT | Pymt Stop | 3,148.21 | .00 |
| INTERNAL REVENUE SERVICE | TAXES/ORD DISALLOWIN | Pymt Stop | .00 | .00 |

Final Report and Account/02-32368/SY                                                                 Page   2

ANNIE CHRISTINE Z. WALKER, 02-32368

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **UNSECURED:** | | | | |
| CITY BANK TEXAS, FORNEY<br>53371019 | | 389.98 | 389.98 | .00 |
| CITY BANK TEXAS, FORNEY<br>53371019 | Split Claim | 850.00 | 850.00 | .00 |
| ECAST SETTLEMENT CORPORATION<br>9879 | CHASE | 3,516.75 | 3,516.75 | .00 |
| ECAST SETTLEMENT CORPORATION<br>4076 | DISCOVER | 8,108.87 | 8,108.87 | .00 |
| ECAST SETTLEMENT CORPORATION<br>6028 | CHASE | 18,869.70 | 18,869.70 | .00 |
| NEIMAN MARCUS<br>047332179218 | | 452.47 | 452.47 | .00 |
| **OTHER:** | | | | |
| BROOKSHIRES PHARMACY / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| CITIBANK USA SEARS / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| DILLARDS / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| DISCOVER FINANCIAL SERVICES / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| FOLEYS / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| FOLEYS / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| FORD MOTOR CREDIT / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| GATEWAY / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| LOWES / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |

ANNIE CHRISTINE Z. WALKER, 02-32368

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| OFFICE MAX / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |
| TEXACO / UNSECURED | ORD DISALLOWING | Pymt Stop | .00 | .00 |

**NOTICE ONLY:**

| | |
|---|---|
| BASS AND ASSOC | ECAST FOR HRS USA |
| CATHY V HICKMAN MARTIN | |
| KENNETH J FERGUSON | |
| LINDA STEPHENS | |
| LINEBARGER HEARD GOGGAN B | KAUFMAN COUNTY |
| MARY I KRUMNOW | |
| MASTER CHARGE | |
| PAULA M GILBERT | |
| SETTLE & POU PC | AMERICAN NAT'L BANK |

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, and grants such other relief as may be just and proper.

/s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee